*E-Filed 12/21/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES E. CUNHA, | No. C 10-4051 RS (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| HUMBOLDT COUNTY SHERIFF'S OFFICE, and DEPUTY JEREMY VORIS, | |
| Defendants. | |
| _____/ | |

This is a federal civil rights action filed pursuant to 42 U.S.C. § 1983 by a *pro se* state prisoner. The complaint was dismissed with leave to amend within 30 days. More than 30 days have passed and plaintiff has not filed an amended complaint. Accordingly, the action is DISMISSED without prejudice.

**IT IS SO ORDERED**.

DATED: December 20, 2010

RICHARD SEEBORG
United States District Judge